STEVEN W. MYHRE
Nevada Bar 9635
Acting United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone:     (702) 388-6336
Fax:                (702) 388-6787

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CR-S-04-0244-JCM(RJJ) |
| vs. | ) | |
| | ) | SATISFACTION OF JUDGMENT |
| ATV ADVENTURES, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE ABOVE-ENTITLED COURT:

WHEREAS, the above-entitled Court did on December 2, 2004, enter a judgment in favor of the plaintiff, UNITED STATES OF AMERICA, and against the defendant, ATV ADVENTURES, in the sum of $74,378.00; and

WHEREAS, the said Judgment as it pertains to the United States of America has been paid in full;

. . .

. . .

NOW, THEREFORE, the Clerk of the above-entitled Court is hereby authorized and directed to enter full satisfaction of judgment in this action.

DATED this 15th day of May 2007.

STEVEN W. MYHRE
Acting United States Attorney


/s/CARLOS A. GONZALEZ
CARLOS A. GONZALEZ
Assistant U. S. Attorney